IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GERALD MANNY MARSHALL,

      Plaintiff,                    No. CIV S-11-1828 EFB P

    vs.

C. STEEB,

      Defendant.               <u>ORDER</u>

        Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983.

        A civil action, other than one based on diversity jurisdiction, must be brought in "(1) a judicial district where any defendant resides, if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought." 28 U.S.C. § 1391(b).

////

////

////

1  Here, the defendant and the claim arose in San Luis Obispo County, California which is
2  in the Central District of California. 28 U.S.C. § 84(c)(2).  Therefore, in the interest of justice,
3  this action is transferred to the United States District Court for the Central District of California.
4  *See* 28 U.S.C. § 1404(a); *Starnes v. McGuire*, 512 F.2d 918, 932 (D.C. Cir. 1974).
5  So ordered.
6  DATED:  July 19, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE